Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| In re:<br><br>FEI MENG AND LING XIE<br><br>                DEBTOR | Case No. 18-10754<br><br>Supplemental BR 2016 and §329 Statement |

      Comes now Larry B Feinstein, attorney for the Debtor, and submits this supplemental BR 2016 statement. The Debtors have paid compensation for attorney's fees being incurred in this proceedings of $6,000. The funds were from the debtor's family friend.

      Dated this 4th day of June , 2020.

                                    /s/ Larry B Feinstein
                                    Larry B Feinstein, WSBA #6074
                                      Attorney for Debtors
                                    Email: feinstein1947@gmail.com

BR2016                Page 1 of 1

VORTMAN & FEINSTEIN
929 108th Ave. NE, Ste 1200
Bellevue, WA 98004
425-643-9595
(206) 386-5355 (fax)

Case 18-10754-TWD    Doc 190    Filed 06/05/20    Ent. 06/05/20 21:54:42    Pg. 1 of 1